### 11860.  BOATRIGHT *v.* THE STATE.

LUKE, J.  It appearing from the recitals in the bill of exceptions that it was tendered to the trial court more than 20 days after the date of the judgment complained of, the writ of error must be

Dismissed.  *Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 9, 1921.

Indictment for larceny; from Bacon superior court — Judge Summerall.  July 24, 1920.

*I. J. Bussell,* for plaintiff in error.
*A. B. Spence, solicitor-general,* contra.